UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN M. DUNN,

            Plaintiff(s),

v.

OLEN RESIDENTIAL REALTY CORP., et al.,

            Defendant(s).

Case No. 2:18-cv-00186-JAD-NJK

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS***

(Docket No. 1)

Pending before the Court is Plaintiff's application to proceed in this action *in forma pauperis.* Docket No. 1. Plaintiff must pay an initial partial filing fee of the greater of twenty percent of the average monthly deposits or twenty percent of the average monthly balance of his account for the six months immediately preceding the commencement of this action. *See* 28 U.S.C. § 1915(b)(1). Plaintiff's average monthly balance is $00.00, and his average monthly deposit is $00.00. Therefore, the Court will not require an initial partial filing fee to be made at this time.

Nonetheless, Plaintiff must make installment payments to the extent required by 28 U.S.C. § 1915(b)(2). To that end, Clark County Detention Center and any prison that subsequently houses Plaintiff shall forward to the Clerk of the United States District Court, District of Nevada, twenty percent of the preceding month's deposits to Plaintiff's inmate trust account (in the months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action. The Clerk of the Court shall send a copy of this Order to the Finance Division of the Clerk's Office. The Clerk shall also send a copy of this Order

to the attention of the inmate accounts department at Clark County Detention Center, 330 S. Casino Center Blvd., Las Vegas, NV 89101.

Subject to the above conditions, Plaintiff's application to proceed *in forma papueris* is hereby **GRANTED**. The Court will screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2) by separate order.

IT IS SO ORDERED.

Dated: April 11, 2018

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE