**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| John Michael Dunn,<br>　　Plaintiff<br>v.<br>Olen Residential Realty Corp., et al.,<br>　　Defendants | Case No.: 2:18-cv-00186-JAD-NJK<br>**Order Adopting Report and Recommendation, Dismissing Complaint, and Closing Case**<br>[ECF No. 4] |

Pro se plaintiff John Michael Dunn brings this civil-rights action under 42 U.S.C. § 1983 against defendant Olen Residential Realty Corp. and its private counsel for their alleged misconduct in a separate civil case that Dunn filed against Olen.[1] After screening Dunn's complaint, Magistrate Judge Koppe recommends that I dismiss it without leave to amend because private parties performing private actions are beyond § 1983's reach.[2] She also recommends that I dismiss the complaint without leave to amend because amendment would be futile.[3]

Magistrate Judge Koppe issued her report and recommendation on April 11, 2018, making April 25, 2018, the deadline to file objections. That deadline has come and gone, and no objection has been filed. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Koppe's report and recommendation **[ECF No. 4] is ACCEPTED and ADOPTED.** Dunn's complaint is

---

[1] ECF No. 1-1 at 3.

[2] ECF No. 4 at 3.

[3] *Id.*

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

**DISMISSED without leave to amend**. The **Clerk of Court** is directed to **ENTER JUDGMENT accordingly** and **CLOSE THIS CASE**.

Dated: May 1, 2018

_____
U.S. District Judge Jennifer A. Dorsey